**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Criminal Case No. 15-cr-00103-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

VICTOR MANUEL SILIEZAR,
    *a.k.. Victor Manuel Siliezar-Gutierrez*

    Defendant.

___

**ORDER SETTING TRIAL DATES AND DEADLINES**
___

This matter has been scheduled for a **three-day** jury trial on the docket of Judge Raymond P. Moore in the U.S. District Courthouse, Courtroom A601, 6th Floor, 901 19th Street, Denver, Colorado to commence on **May 26, 2015 at 9:00 a.m.** On the first day of trial, counsel and pro se parties shall be present at **8:30 a.m.** It is

ORDERED THAT all pretrial motions shall be filed by **April 3, 2015** and responses to these motions shall be filed by **April 10, 2015**. It is further

ORDERED that a Trial Preparation Conference is set for **May 22, 2015 at 11:00 a.m.** in Courtroom A601. Lead counsel who will try the case shall attend in person.

The parties shall be prepared to address the following issues at the Trial Preparation Conference:

    1)    jury selection;

2)      sequestration of witnesses;

3)      timing of presentation of witnesses and evidence;

4)      anticipated evidentiary issues;

5)      any stipulations as to fact or law; and

6)      any other issue affecting the duration or course of the trial.

DATED this 23rd day of March, 2015.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge